UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

H.A.C.F.

Petitioner,

v.

JOHN TSOUKARIS, Field Office Director of Enforcement and Removal Operations, New Jersey Field Office, Immigration and Customs Enforcement; Todd LYONS, Acting Director, Immigration and Customs Enforcement; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.

Respondents.

Case No.

**EMERGENCY ORDER TO SHOW CAUSE**

Upon the habeas petition of Petitioner H.A.C.F., and the Declaration of Roger Asmar, Esq. it is ORDERED, that the above named Respondents show cause before this Court, at Room ____, United States Courthouse, 50 Walnut Street, in the City of Newark, State of New Jersey, on ________________________, _________ at ____________ o'clock why this Petition should not be granted within 3 days; and

It is further ORDERED that pending the determination of this motion, Respondents are enjoined from transferring Petitioner outside of the District of New Jersey while the habeas petition is pending.

____________________

U.S.D.J.