# Exhibit B

**U.S. DEPARTMENT OF HOMELAND SECURITY**    **Warrant for Arrest of Alien**

File No. 231 388 623

Date: 1/12/26

To: Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations

I have determined that there is probable cause to believe that Rubio Bohorquez, Rafael Andres is removable from the United States. This determination is based upon:

☑ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☑ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

TONY PETITO
Digitally signed by TONY PETITO
DN: cn=TONY PETITO, o=U.S. Government, ou=People, email=Tony.Petito@ice.dhs.gov, c=US

(Signature of Authorized Immigration Officer)

T. Petito, (a)AFOD

(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at East Meadow, NY (Location)

on Rubio Bohorquez, Rafael on 01/12/26, and the contents of this
   (Name of Alien)              (Date of Service)

notice were read to him or her in the English language.
                                   (Language)

_____          none
Name and Signature of Officer        Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

EOIR – 5 of 5

22

# DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: RUBIO BOHORQUEZ, RAFAEL ANDRES

A-File Number: 231 388 623

Date: 01/12/2026

Event ID: CIP2601000208

Subject ID: 401229140

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):
   ☐ Under bond in the amount of $ _____
   ☐ On your own recognizance.
   ☐ Under other conditions. [Additional document(s) will be provided.]

JOHN, J 4879
Name and Signature of Authorized Officer

01/12/2026 2:52 PM
Date and Time of Custody Determination

(A) SDDO
Title

U.S. Immigration & Customs Enforcement DRO - Central Islip, NY
Sub Office Islip, NY US
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.
   ☐ I acknowledge receipt of this notification, and
      ☐ I **do** request an immigration judge review of this custody determination.
      ☐ I **do not** request an immigration judge review of this custody determination.

Refused
Signature of Alien

01/12/2026
Date

---

The contents of this notice were read to RUBIO BOHORQUEZ, RAFAEL ANDRES in the ENGLISH language.
(Name of Alien) (Name of Language)

MARTONE, A 4254
Name and Signature of Officer

none
Name or Number of Interpreter (if applicable)

Deportation Officer
Title

DHS Form I-286 (1/14)

Page 1 of 1

EOIR – 4 of 5

23